JS-6

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11

THUY THANH ALONZO, individually and on behalf of all others similarly situated,

Case No.: CV 21-6126-GW-RAOx

12

CLASS ACTION

13

Plaintiff,

Hon. Judge George H. Wu

14

v.

15

MAC ACQUISITION LLC d/b/a ROMANO'S MACARONI GRILL, a Delaware limited liability company; and DOES 1 to 10 inclusive,

**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)**

16

17

18

19

Defendants.

Complaint Filed: July 29, 2021
Trial Date:      Not Set

20

21
22
23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**

IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Thuy Thanh Alonzo and Defendant Mac Acquisition LLC, d/b/a Romano's Macaroni Grill's, joint request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action, is GRANTED in full. Each party shall bear her or its own fees and costs.

IT IS SO ORDERED.

Dated: May 23, 2022

_____

HON. GEORGE H. WU
U.S. DISTRICT JUDGE

1

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**